UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-6367-SNoW

UNITED STATES OF AMERICA

vs.

DONALD MATHIAS

_____

PURSUANT to the proceedings held this date in the above matter , the above case is

hereby UNSEALED.

DONE and ORDERED in Chambers this 15th day of October, 2009.

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

Tape No.  09-BLG - 45

DAR 13:42:46; 14:18:53