


# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
        Plaintiff
- vs

Donald MATHIAS
        Defendant

CASE NUMBER: CR: 09-6367-SNOW

REPORT COMMENCING CRIMINAL ACTION

86545-004
USMS NUMBER

TO: CLERK'S OFFICE  (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT         (CIRCLE ONE)

NOTE: Circle appropriate location for appearance in Magistrate Court above.

COMPLETE ALL ITEMS. IF INFORMATION NOT APPLICABLE ENTER N/A.

(1) **DATE AND TIME OF ARREST:** 10/14/2009; 9:00  AM ___ PM X

(2) **LANGUAGE SPOKEN:** English

(3) **OFFENSE CHARGED:** 18 USC 2423 - Sex Tourism

(4) **UNITED STATES CITIZEN:** (X) YES  ( ) NO  ( ) UNKNOWN

(5) **DATE OF BIRTH:** 09/03/1945

(6) **TYPE OF CHARGING DOCUMENT:** (CHECK ONE)
    { } INDICTMENT    { } COMPLAINT TO BE FILED/ALREADY FILED
    { } BENCH WARRANT FOR FAILURE TO APPEAR
    { } PROBATION VIOLATION WARRANT
    { } PAROLE VIOLATION WARRANT
    **ORIGINATING DISTRICT:**
    COPY OF WARRANT LEFT WITH BOOKING OFFICER? [X] YES   [ ] NO

(7) **REMARKS:**

(8) **DATE:** 10/14/2009   (9) **ARRESTING OFFICER:** Special Agent Goodwin

(10) **AGENCY:** U.S. Immigration & Customs Enforcement   (11) **PHONE:** 1-800-XSECTOR

(12) **COMMENTS:**