**COURT MINUTES**
**U.S. MAGISTRATE JUDGE BARRY L. GARBER** - JLK BLDG   CTRM 10-4
DATE: 10/15/09   TIME: 1:30 P.M.   PAGE: 1

DEFT: DONALD MATHIAS (J)86545-004   CASE NO: 09-6367-SNOW
AUSA: Marlene Rodriguez   ATTY: none
AGENT: ICE   VIOL: CHILD SEX TOURISM
PROCEEDING: INITIAL APPEARANCE   RECOMMENDED BOND:
BOND/PTD CONTESTED HRG - yes / no   CJA APP'T:
BOND SET @:   To be cosigned by:
INTERPRETER: none

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessar6
- ☐ Not to encumber property.
- ☐ Maintain or seek full-time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: ___
- ☐ Home Confinement: Electronic Monitoring and/or Curfew ___, paid by ___
- ☐ Other ___

Disposition: Govt rec PTD & requests 3 days  D.A.R.  case 14:18:53 - unsealed at end of calendar

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
(REPORT RE COUNSEL): 10/19/09   10:00
(PTD/BOND HEARING): MON 10/19/09   10:00
(PRELIM/ARRAIGN. OR REMOVAL): 10/29/09   10:00
STATUS CONFERENCE

TAPE No. 09-BLG-45   Begin: ___   TIME IN COURT: 4

DAR: 13:42:66 ; 14:18:53 (unsealed case)