FILED by _____ D.C.

ELECTRONIC

**OCT 27, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. **09-60292-CR-DIMITROULEAS/SNOW**

**18 U.S.C. § 2423(b)**
**18 U.S.C. § 2423(e)**
**18 U.S.C. § 2423(c)**
**18 U.S.C. § 2251A(b)(2)(A)**
**18 U.S.C. § 2422(b)**
**18 U.S.C. § 2253**
**18 U.S.C. § 2428**

**UNITED STATES OF AMERICA**

**vs.**

**DONALD MATHIAS,**

**Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning in or around 2005, the exact date being unknown to the Grand Jury, through on or about December 21, 2008, the defendant,

**DONALD MATHIAS,**

a citizen of the United States, with last known residence in the Southern District of Florida, did knowingly and willfully combine, conspire, confederate, and agree with a person known to the Grand Jury:

(A) to travel in foreign commerce, from the United States to the Philippines, for the purpose of engaging in any illicit sexual conduct as defined in Title 18,

United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b);

(B) to travel in foreign commerce, from the United States to the Philippines, and engage in any illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(c);

All in violation of Title 18, United States Code, Section 2423(e).

## COUNT 2

From in or around 2005, the exact date being unknown to the Grand Jury, to on or about May 1, 2007, the defendant,

### DONALD MATHIAS,

with last known residence in the Southern District of Florida, using any means and facility of and affecting interstate and foreign commerce, including computer, did offer to purchase and otherwise obtain custody and control of Minor A, a person under 18 years of age, with the intent to promote the engaging in of sexually explicit conduct by such minor for the purpose of producing any visual depiction of such conduct, in violation of Title 18, United States Code, Section 2251A(b)(2)(A).

## COUNT 3

From in or around 2005, the exact date being unknown to the Grand Jury, to on or about May 1, 2007, the defendant,

### DONALD MATHIAS,

with last known residence in the Southern District of Florida, using any means and facility of and affecting interstate and foreign commerce, including computer, did offer to

2

purchase and otherwise obtain custody and control of Minor B, a person under 18 years of age, with the intent to promote the engaging in of sexually explicit conduct by such minor for the purpose of producing any visual depiction of such conduct, in violation of Title 18, United States Code, Section 2251A(b)(2)(A).

## COUNT 4

From in or around 2005, the exact date being unknown to the Grand Jury, to on or about May 1, 2007, the defendant,

### DONALD MATHIAS,

with last known residence in the Southern District of Florida, using any facility and means of interstate and foreign commerce, including computer, did knowingly persuade, induce, entice, and coerce, and did knowingly attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, that is, Minor A, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 5

From in or around 2005, the exact date being unknown to the Grand Jury, to on or about May 1, 2007, the defendant,

### DONALD MATHIAS,

with last known residence in the Southern District of Florida, using any facility and means of interstate and foreign commerce, including computer, did knowingly persuade, induce, entice, and coerce, and did knowingly attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, that is, Minor B, to

3

engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 6

From on or about April 24, 2007, to on or about May 1, 2007, the defendant,

### DONALD MATHIAS,

a citizen of the United States, with last known residence in the Southern District of Florida, did travel in foreign commerce, from the United States to the Philippines, for the purpose of engaging in any illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## COUNT 7

From on or about April 24, 2007, to on or about May 1, 2007, the defendant,

### DONALD MATHIAS,

a citizen of the United States, with last known residence in the Southern District of Florida, did travel in foreign commerce, from the United States to the Philippines, and engage in any illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with Minor A, a person under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

## COUNT 8

From on or about April 24, 2007, to on or about May 1, 2007, the defendant,

### DONALD MATHIAS,

a citizen of the United States, with last known residence in the Southern District of Florida, did travel in foreign commerce, from the United States to the Philippines, and

4

engage in any illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with Minor B, a person under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

## COUNT 9

From on or about May 2, 2007, the exact date being unknown to the Grand Jury, to on or about December 17, 2007, the defendant,

### DONALD MATHIAS,

with last known residence in the Southern District of Florida, using any means and facility of and affecting interstate and foreign commerce, including computer, did offer to purchase and otherwise obtain custody and control of Minor A, a person under 18 years of age, with the intent to promote the engaging in of sexually explicit conduct by such minor for the purpose of producing any visual depiction of such conduct, in violation of Title 18, United States Code, Section 2251A(b)(2)(A).

## COUNT 10

From on or about May 2, 2007, the exact date being unknown to the Grand Jury, to on or about December 17, 2007, the defendant,

### DONALD MATHIAS,

with last known residence in the Southern District of Florida, using any means and facility of and affecting interstate and foreign commerce, including computer, did offer to purchase and otherwise obtain custody and control of Minor B, a person under 18 years of age, with the intent to promote the engaging in of sexually explicit conduct by such minor for the purpose of producing any visual depiction of such conduct, in violation of Title 18, United States Code, Section 2251A(b)(2)(A).

5

## COUNT 11

From on or about May 2, 2007, the exact date being unknown to the Grand Jury, to on or about December 17, 2007, the defendant,

### DONALD MATHIAS,

with last known residence in the Southern District of Florida, using any facility and means of interstate and foreign commerce, including computer, did knowingly persuade, induce, entice, and coerce, and did knowingly attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, that is, Minor A, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 12

From on or about May 2, 2007, the exact date being unknown to the Grand Jury, to on or about December 17, 2007, the defendant,

### DONALD MATHIAS,

with last known residence in the Southern District of Florida, using any facility and means of interstate and foreign commerce, including computer, did knowingly persuade, induce, entice, and coerce, and did knowingly attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, that is, Minor B, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 13

From on or about December 11, 2007, to on or about December 17, 2007, the defendant,

### DONALD MATHIAS,

a citizen of the United States, with last known residence in the Southern District of Florida, did travel in interstate and foreign commerce, from the United States to the Philippines, for the purpose of engaging in any illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## COUNT 14

From on or about December 11, 2007, to on or about December 17, 2007, the defendant,

### DONALD MATHIAS,

a citizen of the United States, with last known residence in the Southern District of Florida, did travel in foreign commerce, from the United States to the Philippines, and engage in any illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with Minor A, a person under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

## COUNT 15

From on or about December 11, 2007, to on or about December 17, 2007, the defendant,

### DONALD MATHIAS,

7

a citizen of the United States, with last known residence in the Southern District of Florida, did travel in foreign commerce, from the United States to the Philippines, and engage in any illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with Minor B, a person under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

## COUNT 16

From on or about December 18, 2007, the exact date being unknown to the Grand Jury, to on or about December 21, 2008, the defendant,

### DONALD MATHIAS,

with last known residence in the Southern District of Florida, using any means and facility of and affecting interstate and foreign commerce, including computer, did offer to purchase and otherwise obtain custody and control of Minor A, a person under 18 years of age, with the intent to promote the engaging in of sexually explicit conduct by such minor for the purpose of producing any visual depiction of such conduct, in violation of Title 18, United States Code, Section 2251A(b)(2)(A).

## COUNT 17

From on or about December 18, 2007, the exact date being unknown to the Grand Jury, to on or about December 21, 2008, the defendant,

### DONALD MATHIAS,

with last known residence in the Southern District of Florida, using any means and facility of and affecting interstate and foreign commerce, including computer, did offer to purchase and otherwise obtain custody and control of Minor B, a person under 18 years of age, with the intent to promote the engaging in of sexually explicit conduct by such

minor for the purpose of producing any visual depiction of such conduct, in violation of Title 18, United States Code, Section 2251A(b)(2)(A).

## COUNT 18

From on or about December 18, 2007, the exact date being unknown to the Grand Jury, to on or about December 21, 2008, the defendant,

### DONALD MATHIAS,

with last known residence in the Southern District of Florida, using any facility and means of interstate and foreign commerce, including computer, did knowingly persuade, induce, entice, and coerce, and did knowingly attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, that is, Minor A, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 19

From on or about December 18, 2007, the exact date being unknown to the Grand Jury, to on or about December 21, 2008, the defendant,

### DONALD MATHIAS,

with last known residence in the Southern District of Florida, using any facility and means of interstate and foreign commerce, including computer, did knowingly persuade, induce, entice, and coerce, and did knowingly attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, that is, Minor B, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 20

From on or about December 14, 2008, to on or about December 21, 2008, the defendant,

## DONALD MATHIAS,

a citizen of the United States, with last known residence in the Southern District of Florida, did travel in interstate and foreign commerce, from the United States to the Philippines, for the purpose of engaging in any illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## FORFEITURE

1.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the defendant has an interest, pursuant to the provisions of Title 18, United States Code, Sections 2253 and 2428.

2.      Upon conviction of any of the violations alleged in this Indictment, pursuant to Title 18, United States Code, Sections 2253 and 2428, the defendant shall forfeit to the United States: 1) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received; 2) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such violation; and 3) any property, real or personal, used or intended to be used to commit or to promote the commission of such violation and any property traceable to such property.

10

3.     If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

All pursuant to Title 18, United States Code, Sections 2253 and 2428, and Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

JEFFREY H. SLOMAN
ACTING U.S. ATTORNEY

MARLENE RODRIGUEZ
ASSISTANT UNITED STATES ATTORNEY

ANITHA S. IBRAHIM
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE

11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| | **CERTIFICATE OF TRIAL ATTORNEY*** |
| DONALD MATHIAS, | |
| Defendant. | |
| _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

|  | Miami | ____ | Key West | | New Defendant(s) | Yes ____ | No ____ |
|---|---|---|---|---|---|---|---|
| X | FTL | ____ | WPB | ____ FTP | Number of New Defendants ____ | | |
| | | | | | Total number of counts ____ | | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect    Filipino/Tagalog

4. This case will take    6-10    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | ____ | Petty | ____ |
   | II | 6 to 10 days | X | Minor | ____ |
   | III | 11 to 20 days | ____ | Misdem. | ____ |
   | IV | 21 to 60 days | ____ | Felony | X |
   | V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    Yes
   If yes:
   Magistrate Case No.    09-6367-SNOW
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    October 14, 2009
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes    X    No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes    X    No

_____
MARLENE RODRIGUEZ
ASSISTANT UNITED STATES ATTORNEY
Bar No. 0120057

*Penalty Sheet(s) attached                    REV.4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:  DONALD MATHIAS**

**Case No:** _____

Count #:1

Conspiracy

Title 18, United States Code, Section 2423(e)

**\*Max. Penalty:**   30 Years' Imprisonment

Count #:2, 3, 9, 10, 16, 17

Buying of children

Title 18, United States Code, Section 2251A(b)(2)(A)

**\*Max. Penalty:**   Life Imprisonment

Counts #: 4, 5, 11, 12, 18, 19

Coercing and enticing minors to engage in illicit sexual conduct

Title 18, United States Code, Section 2422(b)

**\*Max. Penalty:** Life Imprisonment

Count #: 6, 13, 20

Travel with intent to engage in illicit sexual conduct

Title 18, United States Code, Section 2423(b)

**\*Max. Penalty:**   30 Years' Imprisonment

UNITED STATES DISTRICT COURT                          **Pg 2**
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:**  DONALD MATHIAS

**Case No:** _____

Counts #: 7, 8, 14, 15

Engaging in illicit sexual conduct in foreign places

Title 18, United States Code, Section 2423(c)

**\*Max. Penalty:**  30 Years' Imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**