UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 09-60292-CR-DIMITROULEAS
　　　　　Plaintiff

v.   **NOTICE OF TRIAL**

DONALD MATHIAS
　　　　　Defendant (s)

**TAKE NOTICE** that the above-entitled case has been **Set** for the two-week calendar of December 7, 2009 at 9:00 A.M. before the **Honorable William P. Dimitrouleas**, United States District Judge, Courtroom 205 B, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

**COUNSEL and DEFENDANT** shall report to a call of the trial calendar to be held at **9:00 A.M. on Monday, November 30, 2009** at Fort Lauderdale, Florida. Any motions for continuance must be filed in writing by 5:00 P.M. on **November 25, 2009.**

\*\*\*\*\*\*\*\*\*\*

Defense counsel are instructed to notify the court, in writing, within five days after the time periods outlined in the Standing Discovery Order have elapsed if they have not received all discovery from the government. The government is instructed to respond in writing within five days of any such notice being given to the court.

**Counsel are required** to pre-mark all exhibits and provide the Court with two copies of the exhibit list. Counsel are also instructed to submit any special voir dire questions and any special jury instructions by call of the calendar. The government is required to provide the Court with a complete set of jury instructions for use by the Court.

**Counsel are required to inform the Court when a defendant is in custody or if an interpreter is required.**

In a criminal case, if the defendant has not obtained counsel, the **AUSA shall notify defendant** of this trial date.

**Notify the Court immediately** at **954-769-5655** of any disposition or settlement of this case.

**ALL PARTIES ARE ON NOTICE THAT IF THIS CASE IS NOT REACHED DURING THE ABOVE CALENDAR PERIOD, IT WILL AUTOMATICALLY APPEAR ON THE NEXT AND SUBSEQUENT CALENDARS UNTIL REACHED. YOU MAY NOT BE RE-NOTICED. CALENDAR CALLS WILL BE HELD PRECEDING THE TWO-WEEK CALENDAR PERIOD AT 9:00 A.M.**

DATED: November 3, 2009

BY ORDER OF THE CLERK,
STEVEN M. LARIMORE,

By: _____
Karen A. Carlton
Courtroom Deputy

cc:   Marlene Rodriguez, AUSA
      Robert Berube, AFPD