UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE FTL DUTY COURT- MAGISTRATE JUDGE LURANA S. SNOW

DEFT:   DONALD MATHIAS        CASE NO:        09-60292-CR-WPD

AUSA:   Marlene Rodriguez/        FPD: Bob Berube  /
        *Neil Karabel*                            *Marks*

        — *Initial Discovery out — more will be sent*
        — *no motions*

        *5 min*

DATE:      11-13-09        TIME:  1:00pm            PAGE.1

                  TAPE 09- *45*            DAR  11 : 10 : 21        (1)