UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

CASE NO. 09-60292-CR-DIMITROULEAS

DONALD MATHIAS

TYPE OF CASE:           CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RESET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

**COURTROOM 205B**
DATE & TIME:
**November 30, 2009 at 2:00 P.M**

(Previously set for November 30 at 9:00 a.m.)

TYPE OF
HEARING:           Calendar call/Status Conference

STEVEN M. LARIMORE,
CLERK OF COURT

DATE: November 19, 2009

DEPUTY CLERK

cc:   Marlene Rodriguez, AUSA
      Robert Berube, AFPD