UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60292-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DONALD MATHIAS, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**UNITED STATES' MOTION FOR CONTINUANCE
OF TRIAL TO SECURE FOREIGN WITNESSES AND DOCUMENTS**

The indictment in this case charges Defendant Donald Mathias with offering to buy children to depict them in child pornography, traveling to the Philippines for the purpose of having sex with minors and actually doing, with conspiring to engage in these illegal sex acts with children in the Philippines, and with inducing and enticing minors to engage in sexual activity. In order to secure the presence of witnesses and authenticated documents from the Philippines, the United States moves the court to continue the trial of this case by 60 days – to a date in February 2009. Calendar call is currently scheduled for November 30, 2009, and trial is set to start during the two-week calendar beginning December 7, 2009.

Over several years, Donald Mathias, a United States citizen, communicated by email and other means with the mother of three young girls. In December 2008, these girls were about 14, 12, and 9-years-old. In his communications, he offered to pay the mother money in exchange for allowing him to engage in sex acts with her daughters. The sex acts included subjecting the girls to whipping, spanking, and bestiality. In his emails, the defendant also spoke of his plans to impregnate one of the children. The mother agreed.

In April 2007, December 2007, and December 2008, Mathias traveled to the Philippines to engage in sex acts with the girls.  On the first two trips, he accomplished his goal – he had sexual contact with two of the minors.  On his third trip (December 2008), Philippine law enforcement rescued the girls and arrested their mother as they were on their way to meet Mathias for sex.  Philippine police found Mathias and questioned him.  While they conducted some additional investigation, Mathias left the Philippines.  Criminal charges have been filed in the Philippines against Mathias based on his conduct with the minor children.

The United States expects to call several witnesses from the Philippines to testify at the trial of this case, including the two minor victims, medical witnesses, and Philippine law enforcement witnesses, including officers who spoke with Mathias on the day of the children's rescue.  In addition, the United States expects to introduce at trial numerous foreign documents, including immigration records from the Philippines showing Mathias' travel, the minor victims' birth certificates, and documents, sex toys, a video camera, and sex paraphernalia that was discovered in the mother's home in the Philippines.

To this end, the United States has been working with its DOJ attaché in the Philippines and with the Philippine government to secure these witnesses and evidence through a Mutual Legal Assistance Treaty (MLAT) request.  The United States requires additional time to secure the appearance of the foreign witnesses and arrange their travel.  And, the United States needs additional time to secure the production of properly authenticated evidence from the Philippines. As to the minor victims, it is particularly important to follow all procedures to ensure their safety as they travel from the Philippines to the United States to testify in this criminal trial.  In addition, the children's mother is incarcerated in the Philippines, awaiting trial for this same conduct. The minor girls must travel here with a guardian, requiring additional planning.

While the United States has been working with Philippine law enforcement on evidence gathering and witness identification for some months, the filing of formal charges in the requesting country (here, the United States) is typically what spurs quick movement on these assistance requests in the foreign country. The indictment against Mathias was returned in late October 2009.

Earlier this week, counsel for the defense wrote to me saying that he was going to move for a continuance of trial, through February 2010.  I told him that I had no objection and suggested that he ask for a March trial date instead, since we were dealing with foreign witnesses and evidence. Today, March 25, 2009, at about 4:00 p.m. (after my office had closed for the holiday and I had left to reunite with my family to prepare for it), I received an email on my blackberry from defense counsel stating that he would not move for a continuance and that his client wanted to go to trial in December.  I prepared this motion as soon as I had access to a computer.  That is why I file this motion a little after midnight on November 26, 2009.

For these reasons, the United States respectfully requests that the court continue trial by 60 days – to a date in February 2010.

    Respectfully submitted,

    JEFFREY H. SLOMAN
    ACTING U.S. ATTORNEY

By:    s/ Marlene Rodriguez
    Marlene Rodriguez (120057)
    Assistant United States Attorney
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961-9206
    marlene.rodriguez@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on November 26, 2009, a copy of this pleading was filed via the Court's electronic filing system.

s/Marlene Rodriguez, AUSA