UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  09-60292-CR-DIMITROULEAS

    Plaintiff,

vs.

DONALD MATHIAS,

    Defendant.
_____/

## ORDER DEFERRING RULING

THIS CAUSE is before the Court on Defendant's December 7, 2009 Notice of Appeal of Partial Indigency Payment [DE-33].  The Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of December, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robert Berube, AFPD
Marlene Rodriguez, AUSA