KEM:plt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60292-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD MATHIAS,

    Defendant.
_____/

**UNITED STATES' FIRST BILL OF PARTICULARS AS TO FORFEITURE**

Plaintiff, United States of America hereby files the following First Bill of Particulars pursuant to Fed. R. Crim. P. 7(c)(2) and (f).

The United States seeks forfeiture of the following property, pursuant to the provisions of 18 U.S.C. §§2253 and 2428, based upon violations of 18 U.S.C. § 2422, 2423, and 2251 as set forth in the Indictment:

    **one (1) H/P laptop w/power cord, serial number CNF6120XJ6.**

    Respectfully submitted,

    JEFFREY H. SLOMAN
    ACTING UNITED STATES ATTORNEY

BY:    s/ Karen E. Moore
    KAREN E. MOORE (Court No. A5500043)
    Assistant United States Attorney
    Karen.Moore@usdoj.gov
    99 N.E. 4th Street - 7th Floor
    Miami, Florida   33132-2111
    Tel:  (305) 961-9030
    Fax: (305) 536-7599

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on December 15, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ Karen E. Moore<br>
KAREN E. MOORE<br>
ASSISTANT U.S. ATTORNEY