UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-60292-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

vs.

DONALD MATHIAS,

        Defendant.
                              /

## **FACTUAL PROFFER**

       Had this case gone to trial, the government would have proven the following beyond a reasonable doubt:

       From 2005 until December 2008, the Defendant, DONALD MATHIAS, communicated and arranged with the mother of two minor females located in the Philippines, to travel to the Philippines and engage in sexual conduct with the minors, and did so.

       The defendant was born in England on September 3, 1945. He became a naturalized U.S. citizen on September 30, 2000. The defendant is currently 64-years-old and his last know place of residence is within the Southern District of Florida, specifically 5080 Davie Road, Davie, Florida.

       The minor victims in this case are Minor A, who was born in June 1994, and Minor B, who was born in January 1996. Minor A first met the Defendant when she was approximately five years old and Minor B first met the Defendant when she was approximately three or four years old. They were directed to call the Defendant "Daddy" or "Daddy Boss".

**April 2007**
       In April 2007, the Defendant traveled from the United States to the Philippines and engaged in sexual conduct with Minor A and Minor B. Minor A was 12 years old at the time and Minor B was 11 years old at the time. Specifically, the Defendant travelled on or about April 24, 2007, on a Northwest Airlines flight from Los Angeles, California, to Tokyo, Japan, and finally to Manila, Philippines. After arriving in the Philippines, the defendant met Minor A, Minor B, and their mother. They traveled together to a hotel in Calicoan Island, Philippines. While at the hotel, the Defendant made Minor A and Minor B change into mini-skirts and spaghetti strap blouses, and apply make-up. The defendant also removed his clothes and lay on a bed, and Minor A and Minor B masturbated the Defendant by touching his penis with their hands, until the Defendant ejaculated. The mother recorded this act with a video camera. Defendant departed the Philippines on or about May 1, 2007, on a flight from Manila,

Philippines, to Tokyo, Japan, then to Honolulu, Hawaii, and then back to Los Angeles, California. Philippine Bureau of Immigration records show the Defendant entering the Philippines on April 25, 2007, and departing the Philippines on May 1, 2007.

### December 2007

In December 2007, the Defendant traveled again from the United States to the Philippines and engaged in sexual conduct with Minor A and Minor B. Minor A was 13 years old at the time and Minor B was 11 years old at the time. Specifically, the Defendant travelled on or about December 11, 2007 on a Continental Airlines flight from Ft. Lauderdale, Florida, to Newark, New Jersey, to Hong Kong, China, and finally to Manila, Philippines. After arriving in the Philippines, the defendant met Minor A, Minor B, and the mother. They traveled to the City Land Hotel in Makati City, Manila, Philippines and stayed there for about five days. While at the hotel, the Defendant lay naked on a bed and Minor A and Minor B masturbated the Defendant by touching his penis with their hands, until the Defendant ejaculated. During this trip, Minor A and Minor B also performed oral sex on the Defendant, which involved contact between the mouth of both Minor A and Minor B and the Defendant's penis. During this trip, the Defendant also ejaculated on the faces of Minor A and Minor B. The mother recorded these acts with a video camera. During this trip, the Defendant also forced Minor A and Minor B to sign a sex slave contract. The Defendant also gave the family a Canon video camera as a gift. The Defendant departed the Philippines on or about December 17, 2007, on a flight from Manila, Philippines, to Hong Kong, China, then to Newark, New Jersey, and then back to Ft. Lauderdale, Florida. Philippine Bureau of Immigration records show the Defendant entering the Philippines on December 13, 2007, and departing the Philippines on December 17, 2007.

### December 2008

In December 2008, the Defendant traveled from the United States to the Philippines for the purpose of engaging in sexual conduct with Minor A and Minor B. Specifically, the Defendant travelled on or about December 14, 2008 on Delta Airlines from Tampa, Florida, to Los Angeles, California, to Seoul, South Korea, and finally to Manila, Philippines. On December 18, 2008, Philippine authorities detained Mathias in Manila where he admitted to being in the Philippines to meet Minor A, Minor B and the mother, and also stated that he had been supporting them for a long time. Philippine authorities released the Defendant the next day while they continued their investigation and issued a hold departure order. The Defendant departed the Philippines on or about December 20, 2008, on a flight from Manila, Philippines, to Hong Kong, China, to Seoul, South Korea, to New York, New York, and then back to Tampa, Florida. Philippine Bureau of Immigration records show the Defendant entering the Philippines on December 16, 2008, and departing the Philippines on December 20, 2008.

### Email

From 2005 until December 2008, using the email address hswmdm@aol.com, the Defendant communicated with the mother at the email address mariamelone1969@yahoo.com. The Defendant and the mother exchanged hundreds of emails regarding sexual activity between the Defendant and Minors A and B, recording those sexual acts, and payments to the mother in exchange for the sexual acts.

In an email dated August 9, 2007, the Defendant writes to the mother stating, "I realize the girls are shy but we are going to have to overcome that because Daddy's little sex slaves are going to have to perform when I get there. So they have one more chance to fuck and suck with Daddy if they want a long term future and family. I will bring a video camera for you to keep and use down there, and then you will be able to make movies for Daddy."

In an email dated December 24, 2007, the Defendant writes to the mother stating, "Next time I want to step up to fucking with the girls, I think this is going to be easier with [Minor B] than it is with [Minor A], but the deal has to be to fuck both of them. I also want to have them suck my cock in a blow job and let me cum on their faces without holding their noses."

In an email dated January 17, 2008, the Defendant writes to the mother stating "[i]m really disappointed that I can only get an inch of my cock into the girls pussies. I really feel that is not fair to me and will need to discuss this further. I am doing all I can to build one big happy family, I allready know I have another family available to fuck with a 10/11/12 and have allready seen movies of them being fucked, so I don't understand the problem!.."

In an email dated August 13, 2008, the Defendant writes to the mother stating "I have put together an agreement following our conversation which I shall bring will me for all to sign so as we keep everything agreed and legal . . . All persons in this agreement will be paid a one time payment of 25,000 pesos . . . for agreeing to make movies and performing as outlined below. . . . All parties agree, ([the Defendant], [the mother], [Minor A], [Minor B] . . . to act and perform to make good, special family movies) Everyone agrees to the following." The Defendant then provides a description of various sexual acts the Defendant expects to be performed by Minors A and B, and others, including penetration of vagina and anus and oral sex as well as "spanking, whipping, bondage, S&M, degradation, humiliation and abuse."

On August 15, 2008, the Defendant writes to the mother stating, "Very important I need make and model of the DVD Camcorder camera I gave you and information on the discs it uses so I can bring with me."

### Letters
The Defendant also typed two letters that he gave to Minor A, Minor B, and the mother. In one of the letters the Defendant directs Minor A and Minor B to draw various sex acts so that he can be sure that they understand what he wants from them. Some of his drawing suggestions are: "Daddy having cock sucked by [Minor B] and [Minor A], Daddy fucking daughters, Daddy shitting on daughters, Daddy making daughters crawl around, Daddy whipping daughter, Daddy pissing on daughters face and in mouth." He asks them to mail the drawings to his home: "5080 Davie Rd. #304C, Davie, FL 33314, USA," and signs the letter, "Daddy BOSS xxx . . ."

Similarly, in the second letter the Defendant explains that, "[Minor A] and [Minor B] are going to play Daddy's Little sex slave daughters and assume the role of my personal little cunts. My idea for rough sex is going to be including some of the following game. 1, Spanking of the ass and my number one favorite tit slapping. 2, Candal wax on tits and cunt 3, Whipping using a riding crop and flogger on the ass and bodies 4, Tieing up and rope bondage 5, Verbal humiliation, making you do different sex acts 6, Dog collar and making you crawl 7,

Degradation and things like putting your head in the toilet bowl. All of these games are for simulation and not for hurting you." As with the other letter, the Defendant signs it, "Daddy BOSS xxx . . ."

### Money Transfers
From 2005 until 2008, email records and records from Western Union show that the Defendant sent frequent money transfers to the mother, using the names Donald Mathias and Dave Thompson. These money transfers totaled thousands of dollars.

### Arrest
On October 14, 2009, the Defendant was arrested by U.S. law enforcement in Miami, Florida. After waiving *Miranda,* the defendant admitted that he did know Minor A and Minor B and the mother. He also admitted that he corresponded with the mother by email, from the email address hswmdm@aol.com to the email address mariamelone1969@yahoo.com. The defendant also admitted that he goes by the nickname of "Boss," and that he has traveled to the Philippines.

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

Date: 12-22-09    By: _____
                      MARLENE RODRIGUEZ
                      ASSISTANT UNITED STATES ATTORNEY

Date: 12-22-2009  By: _____
                      ANITHA IBRAHIM
                      TRIAL ATTORNEY
                      UNITED STATES DEPARTMENT OF JUSTICE

Date: 12-22-09    By: _____
                      ROBERT BERUBE
                      ASSISTANT FEDERAL PUBLIC DEFENDER
                      ATTORNEY FOR DEFENDANT

Date: 12-22-09    By: _____
                      DONALD MATHIAS
                      DEFENDANT