**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 09-60292-CR-DIMITROULEAS/SNOW**

**UNITED STATES OF AMERICA**

**vs.**

**DONALD MATHIAS,**

   **Defendant.**
_____/

**PROPOSED RESTITUTION LANGUAGE FOR JUDGMENT AND CONVICTION**

   The United States of America proposes that the court use the following language for the criminal monetary penalties section of the judgment and conviction in this case:

   The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth herein.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $400.00 | $0 | $200,000.00 |

   ORDERED AND ADJUDGED that defendant MATHIAS shall surrender his right, title, and interest to the following real property to the United States and shall not oppose or object to any efforts undertaken by the United States to levy or otherwise secure the following assets pursuant to a writ of execution:

   a.  5080 Davie Road, #304C
      Davie, Florida 33314

   b.  5080 Davie Road, #302C
      Davie, Florida 33314

   c.  19 Vista Gardens Trail, #203
      Vero Beach, Florida  32962

It is further ORDERED AND ADJUDGED that once the Financial Litigation Unit of the United States Attorney's office secures the right, title, and interest in the above-listed properties, it shall sell the properties in order to fulfill the restitution obligations of MATHIAS imposed by this judgment. Once the Financial Litigation Unit of the United States Attorney's Office obtains proceeds from the sale, it shall pay the net sales proceeds to the United States Courts, in the form of a cashier's check.  The United States Courts shall disburse the funds to an account established for the benefit of Minors A and B.  Within 90 days from the date of this judgment, the United States Attorney's Office shall provide to the U.S. Courts all necessary account information regarding the account established for the benefit of Minors A and B.

As to the remaining balance of the restitution amount owed by MATHIAS, it is further ORDERED AND ADJUDGED that during the period of incarceration, if MATHIAS earns wages in a prison job, including Federal Prison Industries (UNICOR) job, then he  shall pay 50% of wages earned toward the financial obligations imposed by the judgment. If MATHIAS' commissary account is funded through any other source, including any outside source, then every 30 days, MATHIAS shall pay 50% of the funds received from that other source toward the financial obligations imposed by the judgment. These payments shall not preclude the government from using other assets or income of the defendant to satisfy the restitution obligations.

It is further ORDERED AND ADJUDGED that MATHIAS shall not transfer, encumber, or otherwise interfere with the sale of his property or with any funds that must be used to satisfy the restitution order in this case.