TIME IN COURT: 25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA             CASE NO. 09-60292-CR-WPD

VS.

Donald Mathias

DATE: 3/2/10                         SENTENCING MINUTES

AUSA: Marlene Rodriguez              Deputy Clerk: Karen Carlton
                                     Defense Counsel: Robert Berube
Interpreter: _____             Court Reporter: Bob Rychoff

_____ Deft. Failed to Appear. Warrant to Issue. Bond Forfeited.

_____ Sentencing continued to __/__/__ at _____ am/pm

JUDGMENT AND SENTENCE

Imprisonment: 240 Months  7, 8, 14, 15 Counts
All Counts to run Concurrent

Supervised Release: 5 Years on each Count to run Concurrent

Conditions of Supervised Release: ___ Maintain Employment  ✓ Search of Property
___ Deportation  ___ Drug/Alcohol Treatment  ___ Financial Disclosure  ___ No new debt
___ No self-employment without permission  ___ Occupational Restriction
___ Computer restriction  ___ Home Detention with/without Electronic Monitoring
Other  Sex Offender Restrictions

Assessment $400   Fine None   Restitution $300,000
Remaining Counts Dismissed on Government Motion: Any remaining

✓ Defendant advised of right to appeal.

_____ Deft remanded to U.S. Marshal   _____ Released on Bond pending Appeal
_____ Deft to voluntary surrender to _____ designated institution or _____ Office of the U.S. Marshal

On or before _____

Recommendations to the Bureau of Prisons _____