# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 09-60292-CR-DIMITROULEAS



UNITED STATES OF AMERICA,

       **Plaintiff,**

v.

DONALD MATHIAS,

       **Defendant.**

_____/

## APPLICATION FOR WRIT OF EXECUTION

The Plaintiff, the United States of America, by and through the undersigned Assistant U.S. Attorney, Carlos Raurell, respectfully makes application pursuant to 28 U.S.C. § 3203(c)(1) of the Federal Debt Collection Procedures Act of 1990, as follows upon the judgment entered against the Defendant, Donald Mathias. In support of this application, the United States states as follows:

1.     The judgment debtor's name is Donald Mathias, his Social Security Number is xxx-xx-5741, and his last known address is 5080 SW 64 AVE, Unit 304-C, Davie, FL 33314.

2.     Judgment was entered against the defendant in this action in the amount of **$200,000.00**. A copy of the judgment in a criminal case is attached hereto as Exhibit A. (D.E. 51). As of March 15, 2010, no payments have been made on this debt.

3.     There are properties in which the debtor has possession, custody, or control, and in which the debtor, has a substantial nonexempt interest which may be levied upon for payment of the above judgment, described as follows:

**5080 SW 64 AVE**
**UNIT 304-C**
**DAVIE, FL 33314**
**CONDOMINIUM APARTMENT UNIT 304, of ETON COUNTRYSIDE III,**
**according to the Declaration of Condominium, recorded in**
**O.R. book 9221, Page 926, of the Public Records of Broward**
**County, Florida, together with an undivided share and the**
**common elements declared in said Declaration of Condominium**
**to be an appurtenance to said above-described condominium unit.**

**5080 SW 64 AVE**
**UNIT 302-C**
**DAVIE, FL 33314**
**Unit 302, Building 2, EATON COUNTRYSIDE III,**
**a Condominium, according to the Declaration of Condominium thereof,**
**as recorded in Official Records Book 9221, at Page 926,**
**of the Public Records of Broward County, Florida**

WHEREFORE, the United States respectfully requests that the Court issue a Writ of

Execution in accordance with the Federal Debt Collection Procedures Act of 1990.

Dated: March 15, 2010                     Respectfully submitted,
       Miami, Florida

                                          JEFFREY H. SLOMAN
                                          UNITED STATES ATTORNEY

                                   By: _____
                                          Carlos J. Raurell
                                          Assistant U.S. Attorney
                                          99 N. E. 4th Street, #313
                                          Miami, FL 33132-211
                                          Tel No. (305) 961-9243
                                          Fax No. (305) 530-7193
                                          Florida Bar No. 529893
                                          E-mail: carlos.raurell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 15, 2010, I filed the foregoing document with the

Clerk of the Court. I also certify that the foregoing document is being served today by mail on

Robert Norman Berube, Federal Public Defender's Office, One East Broward Boulevard, Suite

1100, Fort Lauderdale, FL 33301.

Carlos J. Raurell

## SERVICE LIST

Robert Norman Berube
Federal Public Defender
One East Broward Blvd.
Suite 1100
Ft. Lauderdale, FL 33301
Attorney for defendant

Carlos J. Raurell
Assistant United States Attorney
99 NE 4th Street, Suite 300
Miami, Florida 33132
Attorney for the United States

Case 0:09-cr-60292-WPD   Document 54   Entered on FLSD Docket 03/18/2010   Page 5 of 10

Case 0:09-cr-60292-WPD   Document 51   Entered on FLSD Docket 03/03/2010   Page 1 of 6
USDC FLSD 245B (Rev. 09/08) - Judgment in a Criminal Case                                                    Page 1 of 6

# United States District Court

## Southern District of Florida
### FT. LAUDERDALE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | **Case Number - 0:09-60292-CR-DIMITROULEAS-001** |
| **DONALD MATHIAS** | USM Number: 86545-004 |

Counsel For Defendant: Robert Berube, AFPD
Counsel For The United States: Marlene Rodriguez, Anitha Ibrahim, DOJ
Court Reporter: Robert Ryckoff

The defendant pleaded guilty to Count(s) 7,8,14, and 15 of the Indictment.
The defendant is adjudicated guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 18 USC 2423© | Traveling in interstate commerce to engage in illicit sexual conduct with a minor | 05/01/2007 | 7,8 |
| 18 USC 2423© | Traveling in interstate commerce to engage in illicit sexual conduct with a minor | 12/17/2007 | 14,15 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count(s) ALL REMAINING dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

Date of Imposition of Sentence:
03/02/2010

WILLIAM P. DIMITROULEAS
United States District Judge

March _____ 3 _____, 2010

GOVERNMENT
EXHIBIT

A

PENGAD 800-631-6989

USDC FLSD 245B (Rev. 09/08) - Judgment in a Criminal Case                                                    Page 2 of 6

DEFENDANT: DONALD MATHIAS
CASE NUMBER: 0:09-60292-CR-DIMITROULEAS-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **240 Months as to each of Counts 7, 8 14 and 15 to run concurrent.**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By:_____

Deputy U.S. Marshal

Case 0:09-cr-60292-WPD   Document 51   Entered on FLSD Docket 03/03/2010   Page 3 of 6

· · USDC FLSD 245B (Rev. 09/08) - Judgment in a Criminal Case                                                                Page 3 of 6

DEFENDANT: DONALD MATHIAS
CASE NUMBER: 0:09-60292-CR-DIMITROULEAS-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **5 Years on each of Counts 7, 8, 14 and 15 to run concurrent.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) As directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.**

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1.  The defendant shall not leave the judicial district without the permission of the court or probation officer;
2.  The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3.  The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4.  The defendant shall support his or her dependents and meet other family responsibilities;
5.  The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6.  The defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;
7.  The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8.  The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9.  The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 0:09-cr-60292-WPD   Document 54   Entered on FLSD Docket 03/18/2010   Page 8 of 10

Case 0:09-cr-60292-WPD   Document 51   Entered on FLSD Docket 03/03/2010   Page 4 of 6
- -USDC FLSD 245B (Rev. 09/08) - Judgment in a Criminal Case                                                                    Page 4 of 6

DEFENDANT: DONALD MATHIAS
CASE NUMBER: 0:09-60292-CR-DIMITROULEAS-001

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

**Computer Modem Restriction** - The defendant shall not possess or use a computer that contains an internal, external or wireless modem without the prior approval of the Court.

**Computer Possession Restriction** - The defendant shall not possess or use any computer; except that the defendant may, with the prior approval of the Court, use a computer in connection with authorized employment.

**No Contact with Minors** - The defendant shall have no personal, mail, telephone, or computer contact with children/minors under the age of _____ or with the victim.

**No Contact with Minors in Employment** - The defendant shall not be employed in a job requiring contact with children under the age of _____ or with the victim.

**No Involvement in Youth Organizations** - The defendant shall not be involved in any children's or youth organization.

**No Unsupervised Contact with Minors** - The defendant shall have no unsupervised, personal, mail, telephone, or computer contact with children/minors under the age of _____ or with the victim.

**Permissible Computer Examination** - The defendant shall submit to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer(s) equipment which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use.

**Permissible Search** - The defendant shall submit to a search of his/her person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer.

**Sex Offender Treatment** - The defendant shall participate in a sex offender treatment program to include psychological testing and polygraph examination. Participation may include inpatient/outpatient treatment, if deemed necessary by the treatment provider. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

**Adam Walsh Act Search Condition** - The defendant shall submit to the U.S. Probation Officer conducting periodic unannounced searches of the defendant's person, property, house, residence, vehicles, papers, computer(s), other electronic communication or data storage devices or media, include retrieval and copying of all data from the computer(s) and any internal or external peripherals and effects at any time, with or without warrant by any law enforcement or probation officer with reasonable suspicion concerning unlawful conduct or a violation of a condition of probation or supervised release. The search may include the retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with other supervision conditions and/or removal of such equipment for the purpose of conducting a more thorough inspection; and to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use.

USDC FLSD 245B (Rev. 09/08) - Judgment in a Criminal Case                                                                Page 5 of 6

DEFENDANT: DONALD MATHIAS
CASE NUMBER: 0:09-60292-CR-DIMITROULEAS-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on the Schedule of Payments sheet.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $400.00 | $ | $200,000.00 |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| SEE ATTACHED SHEET | $ | $200,000.00 | |
| ( FOR ADMINISTRATIVE PURPOSES AND NOT TO BE MADE PART OF PUBLIC RECORD ) | | | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

USDC FLSD 245B (Rev. 09/08) - Judgment in a Criminal Case
Page 6 of 6

DEFENDANT: DONALD MATHIAS
CASE NUMBER: 0:09-60292-CR-DIMITROULEAS-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

    A.  Lump sum payment of **$400.00** due immediately, balance due

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

**The assessment/fine/restitution is payable to the CLERK, UNITED STATES COURTS and is to be addressed to:**

    **U.S. CLERK'S OFFICE**
    **ATTN: FINANCIAL SECTION**
    **400 NORTH MIAMI AVENUE, ROOM 8N09**
    **MIAMI, FLORIDA 33128-7716**

**The assessment/fine/restitution is payable immediately. The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.