```
                                                                    1

 1                        UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA
 2

 3   UNITED STATES OF AMERICA,      )  CASE NO. 09-60292-CR-WPD
                                    )
 4              Plaintiff,          )
                                    )
 5         -v-                      )
                                    )
 6   DONALD MATHIAS,                )
                                    )  Fort Lauderdale, Florida
 7              Defendant.          )  March 2, 2010
                                    )  1:15 p.m.
 8

 9                         TRANSCRIPT OF SENTENCE

10            BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

11                          U.S. DISTRICT JUDGE

12   APPEARANCES:

13   For the Plaintiff:      MARLENE RODRIGUEZ, ESQ.
                             Assistant United States Attorney
14                           99 Northeast 4th Street
                             Miami, Florida 33132-2111
15
                             ANITHA S. IBRAHIM, ESQ.
16                           U.S. Department Of Justice
                             Criminal Division
17                           1400 New York Avenue, NW
                             Washington, DC 20530
18
     For the Defendant:      ROBERT N. BERUBE, ESQ.
19                           Assistant Federal Public Defender
                             One East Broward Boulevard
20                           Suite 1100
                             Fort Lauderdale, Florida  33301
21

22

23   Reporter:               ROBERT A. RYCKOFF
                             Official Court Reporter
24                           299 East Broward Boulevard
                             Fort Lauderdale, Florida 33301
25                           954-769-5657
```

                                                                    2

1    (Call to order of the Court.)
2         THE COURT:  United States versus Donald Mathias.  If
3    counsel would announce their appearances for the record.
4         MS. IBRAHIM:  Good afternoon, Your Honor.
5         Anitha Ibrahim for the Government.
6         MS. RODRIGUEZ:  And Marlene Rodriguez from the United
7    States Attorney's Office.
8         Good afternoon, Your Honor.
9         MR. BERUBE:  Good afternoon, Your Honor.
10        Robert Berube, Assistant Federal Defender, on behalf
11   of Mr. Mathias, who is present.
12        THE COURT:  Mr. Mathias is before the Court having
13   pled guilty to count 7, 8, 14 and 15, traveling in foreign
14   commerce to engage in illicit sexual conduct, two counts --
15   actually four counts.
16        I adjudicated him guilty, deferred sentencing, ordered
17   a Presentence Investigation Report that I have received and
18   reviewed.
19        Have counsel had an opportunity to review the
20   Presentence Investigation Report?
21        Ms. Rodriguez.
22        MS. RODRIGUEZ:  Yes, Your Honor.
23        THE COURT:  Mr. Berube.
24        MR. BERUBE:  Yes, sir.
25        THE COURT:  Mr. Mathias, have you read the Presentence

```
 1   Investigation Report and discussed it with your lawyer?
 2            THE DEFENDANT:  Yes, sir.
 3            THE COURT:  Any objections to the Presentence
 4   Investigation Report from the Government?
 5            MS. IBRAHIM:  No objections, Your Honor.
 6            THE COURT:  Mr. Berube.
 7            MR. BERUBE:  Your Honor, no objections.
 8            We have one minor request.
 9            THE COURT:  Okay.
10            MR. BERUBE:  Your Honor, the request is -- and I have
11   discussed this with the Probation Office and I believe the
12   United States Attorney's Office previously.  On page 3 it says
13   citizenship and it lists United States.
14            My client has dual citizenship, and we would request
15   that the Presentence Investigation Report list his citizenship
16   with -- in the United Kingdom.
17            THE COURT:  Why wouldn't we just say dual citizenship,
18   United States and United Kingdom?
19            MR. BERUBE:  That's fine.
20            THE COURT:  All  right.  So we will amend the
21   Presentence Investigation Report to indicate dual citizenship.
22            MR. BERUBE:  Nothing else, Your Honor.
23            THE COURT:  Se we come up with a guideline range of
24   360 months to life, is that correct, or 360 months to over a
25   thousand months?
```

                                                                    4

```
 1              MR. BERUBE:  Yes, sir.
 2              THE COURT:  Any legal cause to show why sentence
 3   should not be imposed?
 4              MR. BERUBE:  There is no legal cause, Your Honor.
 5              THE COURT:  And the amount of restitution is $200,000,
 6   is that correct?
 7              MR. BERUBE:  Yes, sir.
 8              MS. IBRAHIM:  Yes, Your Honor.
 9              THE COURT:  Anything you want to say, Mr. Mathias,
10   before I impose sentence?
11              MR. BERUBE:  Your Honor, if I may?
12              THE COURT:  Okay.
13              MR. BERUBE:  Briefly.
14         My client obviously pled guilty here.
15         This is an extremely difficult case.  It's been
16   extremely difficult for -- and I am referring to the young
17   ladies that are involved here.
18              Your Honor, I have negotiated with the Government, and
19   I am hoping that the Court would impose a sentence in
20   accordance with the plea negotiations that took place between
21   ourselves and the United States Attorney's Office and impose a
22   sentence of 20 years.
23              THE COURT:  Anything you want to say, Mr. Mathias,
24   before I impose sentence?
25              THE DEFENDANT:  Your Honor, I have made some extremely
```

5

```
 1   serious mistakes in my life and I am very sorry for those
 2   mistakes.
 3           I have tried to live a life of helping my fellow man
 4   out and providing love and support to others.  I have tried to
 5   help those less fortunate than myself to find work, food and a
 6   roof over their head.
 7           I apologize for all my actions that have brought me
 8   here today and for all the trials and tribulations that I have
 9   caused.
10           I apologize for the harm that I have caused the young
11   ladies and I am truly sorry -- very, very, sorry.
12           I apologize to everyone for the actions that I took
13   which have caused so much pain to so many people who have been
14   effected by my actions.
15           I am deeply ashamed.
16           I hope the people concerned will find in their hearts
17   forgiveness over time and ask for God's help in doing so.
18           I ask for God's mercy from this Court today and ask
19   that everyone is able to heal and proceed to a better future.
20           May good bless you.
21           THE COURT:  Anything further before I impose sentence?
22           MR. BERUBE:  No, Your Honor.
23           THE COURT:  Anything further from the Government?
24           MS. IBRAHIM:  Yes, Your Honor.
25           The Government would like to read the victim impact
```

6

1  statements in this case that were provided and written by the
2  victims, minor A and minor B, at this time.
3          THE COURT:  I thought you wanted them confidential?
4          MS. IBRAHIM:  Your Honor, we want the identity of the
5  victims to remain confidential.  However, we would like the
6  content of their victim impact statement to be read out loud in
7  court --
8          THE COURT:  Okay.
9          MS. IBRAHIM:  The first victim statement is from minor
10 A.
11         Minor A states:  We are sorry if we were not able to
12 go there this coming March 2nd for the sentencing of Donald
13 Mathias because there are many reasons that made us hesitate.
14         First, we have don't like exposing ourselves in media
15 and we are afraid we are not sure of our security there.
16         Most of all, we don't like to see him in person for it
17 might make us recall all the things he did to us.  I blame him
18 for all the miserable things that happened to our lives, for
19 the hardship -- to the hardest parts when our own mother was in
20 jail, and the painful part, which I can't accept, that we are
21 now separated from -- to our other two siblings, sibling one
22 and sibling two.  Every day, every night and every time I think
23 of them would make me feel so worried.  Are they going to be
24 fine with their grandparents?  That's the question I always ask
25 to myself, which I can't answer.  And every time I think of

```
 1   that would make me feel more angry.  And I always blame Donald
 2   and my own mother for that.
 3         Through all the years of their pretending that Donald
 4   was my father, I just can't accept it.  He just pretended just
 5   to make us his sex slaves.  It's not my father.
 6         And who is my father anyway?
 7         We don't even have a mother now.
 8         And now even if we have, I can't accept what she did.
 9   This situation effected me so much.  It filled my heart with
10   anger and revenge.  But, therefore, time has passed and a lot
11   of things change.  We must move on.  We have to live a life of
12   serenity, not an a life full of regret.
13         So I realize many things.
14         Minor B and I are going to pursue our goals in life,
15   and because of what happened to us, it made me more brave to
16   face more struggles and hindrances in our life.
17         I am going to do my best to finish my studies so I can
18   also my help siblings finish theirs.  We will build our own
19   future even if we don't have parents to support us.
20         We are very grateful to all the people who have made
21   efforts and find a way to help us.
22         We are thankful that we are given justice after only
23   one -- after only more than one year.
24         We appreciate all the things you did.  You have given
25   us a great help.
```

8

```
 1            We apologize for not going there this coming March.
 2            We just hope we will receive pictures of Donald
 3   Mathias during the sentencing.  That will make us feel more
 4   secure and comfortable.
 5            Lastly, a million thanks for all.
 6            Good bless you.
 7            Respectfully, minor A.
 8            The next statement is from minor B.
 9            Minor B broke down her statements into two parts.
10            First, the bad effects of the incident.
11            And her bad effects are:  I began to have a bad
12   impression on Americans.  My schooling stopped.  It caused us
13   the separation of my siblings.  We were endangered.  I began to
14   have a bad image of my classmates and neighbors.  I felt that I
15   already lost hope that Donald will be arrested, especially at
16   the time when Donald was able to elude arrest in Manila.  I am
17   pressured by the interviews, especially on different changes
18   made of the schedules in leaving Florida.
19            Part two.  Why I don't want to go to Florida.
20            I don't like to see Donald because every time I see
21   him I will recall all those things he did to us.  I don't want
22   to be exposed.  We might be placed in a more uncertain
23   situation if we still have to go to Florida.  Because we have
24   trust in you that you will not cheat us or take advantage of us
25   even if we are not present there.
```

9

```
 1              And those are the victim impact statements in this --
 2    provided by the victims in this case.
 3              The other issue the Government would like to raise at
 4    this time is the language for the restitution to be included in
 5    the J & C, and the Government has submitted proposed
 6    restitution language to be included in the J & C which tracks
 7    the Plea Agreement and highlights the properties that are to be
 8    forfeited in order to satisfy the restitution to be ordered in
 9    this case.
10              THE COURT:  I have read the proposed order.
11              Any objection to that verbiage, Mr. Berube?
12              MR. BERUBE:  No, Your Honor.
13              THE COURT:  Anything further before I impose sentence?
14              MS. IBRAHIM:  Nothing further, Your Honor.
15              MR. BERUBE:  Nothing from the defense.
16              THE COURT:  Having considered the sentencing
17    guidelines, having considered the factors in 18 United States
18    Code, Section 3553(a), it's up to the Court to determine what a
19    reasonable and sufficient sentence is.
20              Mr. Mathias, I think Mr. Berube did an excellent job
21    for you.  Had he not got the Government to go along with this
22    recommendation, had he not convinced you to plead guilty, had
23    you gone to trial in the case, I certainly would not have gone
24    along with the recommendation that Mr. Berube was able to
25    negotiate.
```

```
 1          Nevertheless it will be judgment of Court and sentence
 2   of law that Mr. Mathias be sentenced to 240 months in prison on
 3   all four counts to run concurrent with each other.
 4          Upon his release from prison, I place him on five
 5   years of supervised release.  While on supervised release, he
 6   shall not commit any crimes.  He shall be prohibited from
 7   possessing a firearm or other dangerous device.  He shall not
 8   possess any controlled substances.  He shall comply with the
 9   standard conditions of supervised release, including the
10   special conditions that he submit to the probation officer's
11   conducting periodic unannounced examinations of his computer
12   equipment; that he not possess or use any computer that
13   contains an external, internal or wireless modem without prior
14   approval of the Court; that he not possess or use any computer,
15   except with the prior approval of the Court in connection with
16   authorized employment; that he submit to a reasonable search of
17   his person or property conducted in a reasonable time and
18   manner by his probation officer; that he have no unsupervised
19   contact with minors under the age of 18 or the two victims in
20   this case; that he have no contact with minors by mail,
21   telephone or computer or with the victims in this case; that he
22   have no contact with minors in an employment situation or with
23   the victims; that he have no involvement in youth
24   organizations; that he get a sex offender evaluation and
25   successfully complete any treatment deemed necessary and
```

11

 1   contribute to the costs of the treatment based on an ability to
 2   pay; that he submit to the Probation Department's conducting
 3   periodic unannounced searches of his person, property, house
 4   residence, vehicles, papers, computers or other electronic
 5   communication; that he comply with the Sex Offender
 6   Registration Notification Act.
 7          I order that he pay $200,000 restitution, and that he
 8   surrender any rights, title or interest in 5080 Davie Road,
 9   number 302-C and 304-C, 19 Vista Gardens Trail, number 203 in
10   Vero Beach.  The other two were in Davie, Florida.  And that he
11   assist the Financial Litigation Unit of the United States
12   Attorney's Office in their securing the right, title and
13   interest in those three properties.  And that once the
14   Financial Litigation Unit of the United States Attorney's
15   office sells the properties, it shall pay the net sales
16   proceeds to the Court in the form of a cashier check, and the
17   Court shall disburse the funds to an account established for
18   the benefit of minors A and B, and that within 90 days from the
19   date of this judgment the U.S. Attorney's Office shall provide
20   the Court with all necessary account information regarding the
21   account established for the benefit of minors A and B, and
22   should the sale of those three properties not total $200,000,
23   then during the period of Mr. Mathias' incarceration if he
24   earns wages in a prison job, he shall pay 50 percent of his
25   wages earned towards his financial obligations.  If his

1   commissary account is funded through some other source, then
2   every 30 days he must pay 50 percent of the funds received from
3   that source towards his financial obligations.
4         Upon his release from jail, he shall pay ten percent
5   of his gross earnings towards his financial obligations unless
6   and until the Government shall change -- unless and until the
7   Court shall change that payment schedule.
8         And Mr. Mathias shall not transfer, encumber or
9   otherwise interfere with the sale of these properties or with
10  any other funds that must be used to satisfy restitution in
11  this case.
12        I waive the fine.
13        I impose a $400 special assessment.
14        Mr. Mathias, it's my duty to inform you that you have
15  ten days within which to appeal the judgment and sentence of
16  this Court.  Should you desire to appeal and be without funds
17  with which to prosecute an appeal an attorney will be appointed
18  to represent you in connection with that appeal.  Should you
19  fail to appeal within that ten-day period, it will constitute a
20  waiver of your right to appeal.  But my understanding is that
21  there was an appeal waiver in this case.  Is that correct?
22        MR. BERUBE:  Yes, sir.
23        THE COURT:  Also it's my duty to elicit from counsel
24  for all parties fully articulated objections to the Court's
25  findings of fact and conclusions of law as announced at this

13

```
 1   sentencing hearing and to further elicit any objection which
 2   any party may have to the manner in which the sentence was
 3   imposed in this case.
 4           Are there any objections from the Government?
 5           MS. IBRAHIM:  Yes, Your Honor.
 6           The Government would object to the term of supervised
 7   release and request a lifetime period of supervised release,
 8   which is part of the Plea Agreement at paragraph 11.
 9       (Pause.)
10           THE COURT:  Okay.  I think the Plea Agreement was
11   persuasive, not controlling, on the Court.
12           Your objection is overruled.
13           Any other objections from the Government?
14           MS. IBRAHIM:  Nothing further, Your Honor.
15           THE COURT:  Mr. Berube.
16           MR. BERUBE:  No, sir.
17           THE COURT:  The marshal will execute the sentence of
18   the Court.
19           Good luck to you, Mr. Mathias.
20           (Proceedings concluded at 1:33 p.m.)
21
22
23
24
25
```

```
                                                                    14

 1
 2                       REPORTER'S CERTIFICATION
 3
 4       I hereby certify that the foregoing is a true and accurate
 5   transcript of the proceedings recorded by me and reduced to
 6   typewriting at my direction.
 7
 8
 9                              Court Reporter
10                              /S/Robert Ryckoff
11
12
13                              Date:   3-28-10
14
15
16
17
18
19
20
21
22
23
24
25
```